640

No. 916.  CHICAGO GREAT WESTERN R. Co. ET AL. *v.*
ROBINSON.  May 29, 1939.  Petition for writ of certiorari
to the Circuit Court of Appeals for the Eighth Circuit
denied.  *Mr. Norris Brown* for petitioners.  *Mr. Byron
G. Burbank* for respondent.

No. 917.  WHITESIDE, TRUSTEE, *v.* ROCKY MOUNTAIN
FUEL Co.  May 29, 1939.  Petition for writ of certiorari
to the Circuit Court of Appeals for the Tenth Circuit
denied.  *Mr. G. Dexter Blount* for petitioner.  *Mr.
Albert L. Vogl* for respondent.

No. 920.  HIRSCH ET AL. *v.* MURPHY, ATTORNEY GEN-
ERAL, ET AL.  May 29, 1939.  Petition for writ of certi-
orari to the Court of Appeals for the District of Columbia
denied.  *Messrs. Dean Hill Stanley* and *Otto C. Somme-
rich* for petitioners.  *Solicitor General Jackson, Assistant
Attorney General Whitaker,* and *Messrs. Paul A. Sweeney,
Harry LeRoy Jones,* and *Fred Esch* for respondents.

No. 924.  BROWN *v.* GESELLSCHAFT FUR DRAHTLOSE
TELEGRAPHIE M. B. H.  May 29, 1939.  Petition for writ
of certiorari to the Court of Appeals for the District of
Columbia denied.  *Messrs. Stanton C. Peelle, Paul E.
Lesh, Dale D. Drain,* and *Jerome F. Barnard* for peti-
tioner.  *Messrs. G. Thomas Dunlop, Geo. Whiteford
Betts, Jr.,* and *Frank J. Hogan* for respondent.

No. 925.  HUDSON & MANHATTAN R. Co. *v.* CAHILL
ET AL.  May 29, 1939.  Petition for writ of certiorari to
the Circuit Court of Appeals for the Second Circuit